# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| Owen Oddman , | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner (s), | ) | 1:13-cv-00128 and 4:96-cr-00053-1 |
| | ) | |
| vs. | ) | |
| | ) | |
| USA**,** | ) | |
| Respondent (s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 22, 2013 Memorandum of Decision and Order.

August 22, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court